IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| HEMAD ENTERPRISES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 15-CV-233-JPS |
| | ) | |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## INTERIM SETTLEMENT REPORT

NOW COME the parties, Plaintiff, HEMAD ENTERPRISES, INC., and Defendant, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, by and through their counsel of record, and pursuant to the Court's Scheduling Order, provides the following update concerning the status of settlement negotiations.

The parties have been negotiating the terms of a release, and are very close to finalizing that Agreement. The parties fully anticipate resolution of the remaining issues within a matter of days, and kindly request that this court further extend the stay of any deadlines for seven (7) more days to bring the matter to resolution. The parties understand that there are numerous briefs that remain pending, and the parties simply seek this additional week to resolve the matter, and not for the purpose of delay.

The foregoing represents the status of settlement negotiations as of this date.

| | |
|---|---|
| /s/Michael P. Konz | /s/Kevin M. Pugliese |
| ARDC #: 1000553 | ARDC #: 6225881 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| GABERT, WILLIAMS, KONZ AND LAWRYNK, LLP | NIELSEN, ZEHE & ANTAS, P.C. |
| 2711 N. Mason Street, Suite B | 55 W. Monroe Street, Suite 1800 |
| Appleton, WI 54914 | Chicago, Illinois 60603 |
| Telephone: 920-733-5521 | Telephone: 312-322-9900 |
| Facsimile: 920-733-2904 | Facsimile: 312-322-9977 |
| E-mail: mkonz@gwkl.net | Emails: kpugliese@nzalaw.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 13, 2015, I electronically filed the foregoing **INTERIM SETTLEMENT REPORT,** with the Clerk of the Court using the CM/ECF system, which upon information and belief will provide electronic notification of such filing to each party to whom this Notice is directed.

Mr. Michael P. Konz
Gabert, Williams, Konz and Lawrynk, LLP
2711 N. Mason Street, Suite B
Appleton, WI 54914
mkonz@gwkl.net

Mr. James Baxter
von Briesen & Roper, S.C.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
jbaxter@vonbriesen.com

Monte E. Wiss
Weiss Law Office, S.C.
1017 West Glen Oaks Lane,
Suite 207
Mequon, WI 53092
Monte.weiss@mweisslaw.net

                /s/Kevin M. Pugliese

3

Case 2:15-cv-00233-JPS   Filed 11/13/15   Page 3 of 3   Document 55