IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | | |
|---|---|---|---|
| HEMAD ENTERPRISES, INC. | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No.: | 15-CV-233-JPS |
| | ) | | |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | ) ) | | |
| | ) | | |
| Defendant. | ) | | |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective attorneys, that the above captioned case (including Counterclaims and Third-Party Complaints) be dismissed with prejudice, without costs to any party, all claims having been compromised and settled.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that said dismissal shall be a bar to the bringing of any action based upon and/or including the claim for which this action has been brought.

| | |
|---|---|
| /s/Michael P. Konz | /s/Kevin M. Pugliese |
| State Bar #: 1000553 | ARDC #: 6225881 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| GABERT, WILLIAMS, KONZ AND LAWRYNK, LLP | NIELSEN, ZEHE & ANTAS, P.C. |
| 2711 N. Mason Street, Suite B | 55 W. Monroe Street, Suite 1800 |
| Appleton, WI 54914 | Chicago, Illinois 60603 |
| Telephone: 920-733-5521 | Telephone: 312-322-9900 |
| Facsimile: 920-733-2904 | Facsimile: 312-322-9977 |
| E-mail: mkonz@gwkl.net | Emails: kpugliese@nzalaw.com |

# CERTIFICATE OF SERVICE

       I hereby certify that on November 30, 2015, I electronically filed the foregoing **STIPULATION TO DISMISS,** with the Clerk of the Court using the CM/ECF system, which upon information and belief will provide electronic notification of such filing to each party to whom this Notice is directed.

Mr. Michael P. Konz
Gabert, Williams, Konz and Lawrynk, LLP
2711 N. Mason Street, Suite B
Appleton, WI 54914
mkonz@gwkl.net

Mr. James Baxter
von Briesen & Roper, S.C.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
jbaxter@vonbriesen.com


Monte E. Weiss
Weiss Law Office, S.C.
1017 West Glen Oaks Lane,
Suite 207
Mequon, WI 53092
Monte.weiss@mweisslaw.net


                                          /s/Kevin M. Pugliese