# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

HEMAD ENTERPRISES, INC.,

                    Plaintiff,

v.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

                    Defendant.

Case No. 15-CV-233-JPS

ORDER

On November 30, 2015, the parties in this matter jointly filed a Stipulation to Dismiss. (Docket #57). The parties seek dismissal with prejudice and without costs to either party. (Docket #57). The Court will adopt the parties' stipulation (Docket #57) under Federal Rule of Civil Procedure 41(a) and accordingly dismiss this case with prejudice.

Accordingly,

IT IS ORDERED that the Stipulation to Dismiss filed by the parties (Docket #57) be and the same is hereby ADOPTED; this matter be and the same is hereby DISMISSED with prejudice.

Dated at Milwaukee, Wisconsin, this 1st day of December, 2015.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge